**Dismissed and Opinion Filed July 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00527-CV**

**LAWRENCE SOMMER, Appellant**
**V.**
**CATAMOUNT PROPERTIES 2018, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-02040-2021**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Molberg

Before the Court is appellant's motion to withdraw his appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ken Molberg//
KEN MOLBERG
210527f.p05                       JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAWRENCE SOMMER, Appellant

No. 05-21-00527-CV      V.

CATAMOUNT PROPERTIES 2018, LLC, Appellee

On Appeal from the County Court at Law No. 2, Collin County, Texas Trial Court Cause No. 002-02040-2021.
Opinion delivered by Justice Molberg, Justices Goldstein and Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Catamount Properties 2018, LLC recover its costs, if any, of this appeal from appellant Lawrence Sommer.

Judgment entered this 19th day of July, 2021.